FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

99 FEB 26 PM 3:18

U.S. DISTRICT COURT
N.D. OF ALABAMA

NATHAN HUNTER,            )
                          )
         Plaintiff        )
                          )
vs.                       )   CASE NO. CV98-J-1601-J
                          )
STATE OF ALABAMA, et al., )
                          )
         Defendants       )

ENTERED
FEB 26 1999

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 20, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous, for failing to state a claim upon which relief can be granted, and for seeking monetary relief from a defendant who is immune from such relief under 28 U.S.C. § 1915A(b). No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed as frivolous, for failing to state a claim upon which relief can be granted, and for seeking monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b). A final judgment will be entered.

DONE this __26__ day of __February__, 1999.

_____
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the report and recommendation, mailed to the petitioner at his last known address, was returned to the clerk with the notation "return to sender - attempted not known - not in this jail." To date, the plaintiff has failed to advise the court of his current address.